IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN -9 PM 2:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     Plaintiff, )<br>  )<br>VS. )<br>  )<br>AARON HOPE )<br>     Defendant. )<br>  ) | CR. NO. 04-20432-Ml |

### ORDER ON CHANGE OF PLEA

   This cause came on to be heard on June 9, 2005, the United States Attorney for this district, Katrina Earley, appearing for the Government and the defendant, Aaron Hope, appearing in person and with counsel, Lorna McClusky, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **WEDNESDAY, SEPTEMBER 7, 2005, at 9:00 a.m., before Judge Jon Phipps McCalla.**

   Defendant is remanded to the custody of the U. S. Marshal.

   **ENTERED** this the 9 day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CR-20432 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT