# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. <u>04-20432-Ml</u> |
| ) | |
| AARON HOPE, ) | |
| ) | |
| Defendant. ) | |

**FILED IN OPEN COURT**
DATE: 6/9/05
TIME: 10:35 AM
INITIALS: JPW

## PLEA AGREEMENT

Pursuant to Rule 11 of the <u>Federal Rules of Criminal Procedure</u>, the attorney for the United States, the defendant AARON HOPE, and the attorney for the defendant have reached an agreement that contemplates the entry of a plea of guilty by the defendant in this case. The full and complete plea agreement is as follows:

1. AARON HOPE agrees that he will enter a voluntary plea of guilty to Count One of indictment number 04-20432 charging a violation of 18 United States Code, Section 922(g).

2. AARON HOPE agrees that he is pleading guilty because he is in fact guilty of the offense charged in the Indictment.

3. AARON HOPE acknowledges that he has been advised and does fully understand the following:

    a. The nature of the charge to which the plea is offered and the maximum possible penalty provided by law;
    b. That he has the right to be tried by a jury, and at that trial he has the right to the assistance of counsel, the right to confront and cross-examine witnesses against him, and the right not to be compelled to incriminate himself; and,
    c. That if he pleads guilty, there will not be a trial of any kind, so that by pleading guilty, he waives the right to a trial.



4. AARON HOPE understands that the offense to which he is pleading guilty is subject to the district court's consideration of the provisions and guidelines of the "Sentencing Reform Act of 1984" and that the applicable guidelines are contained in the United States Sentencing Guidelines Manual.

5. AARON HOPE agrees that this plea agreement constitutes the entire agreement between himself and the United States and that no threats have been made to induce him to plead guilty.

6. The United States agrees not to oppose a reduction for acceptance of responsibility provided that the Defendant's conduct up to and including his sentencing date is consistent with an acceptance of responsibility and he receives no enhancement for obstruction of justice. Further, the defendant understands that whether or not acceptance of responsibility credit is granted, is a matter to be determined by the district court. Failure of the district court to grant acceptance of responsibility credit is not a basis to withdraw the guilty plea.

7. The parties understand and agree that there is no agreement between the parties concerning the fine, if any, to be imposed in this case.

8. AARON HOPE agrees to pay the one hundred (100) dollar special assessment and present a receipt for payment to the United States prior to sentencing.

9. By signing this document, AARON HOPE acknowledges that he has read this agreement, has discussed it with his attorney, and understands it.

FOR THE UNITED STATES

TERRELL L. HARRIS
United States Attorney

_____          6-9-05
Katrina U. Earley                  Date
Assistant United States Attorney


_____          6-9-05
Lorna McClusky                     Date
Attorney for AARON HOPE


_____          6/9/05
AARON HOPE                         Date
Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20432 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

US Probation Office
Memphis, TN

US Pretrial Office
Memphis, TN

US Marshals
Memphis, TN

Honorable Jon McCalla
US DISTRICT COURT