IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___JC___ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

Cr. No. 04-20432

AARON HOPE,
Defendant.

## ORDER ON MOTION TO RESCHEDULE SENTENCING

This cause came on to be heard upon the motion of defendant to reschedule the sentencing hearing set for Wednesday, September 7, 2005. For good cause shown and with no objection from the United States the motion is GRANTED. This matter is **rescheduled for sentencing hearing on** Tuesday, September 20, 2005 at 9:00 a.m.

IT SO ORDERED this 6 day of September, 2005.

JUDGE JON P. MCCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-9-05

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20432 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT