IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 19 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 04-20432-M1 |
| ) | |
| AARON HOPE ) | |
| Defendant. | |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

This cause came on to be heard upon motion of Lorna S. McClusky to be allowed to withdraw as counsel for Mr. Aaron Hope. For good cause shown the motion is GRANTED. Ms. McClusky is allowed to withdraw and is relieved of any further duty of representation in this matter.

It is ordered this ____19____ day of September, 2005.

JON P. MCCALLA
District Court Judge

3

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 9-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20432 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT